# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO. 3:03cr127 LAC

JACKEY T. HOUSTON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   MARCH 27, 2008

Motion/Pleadings: MOTION FOR COPY OF PRESENTENCE INVESTIGATIVE REPORT

Filed by DEFENDANT     on 3/27/2008     Doc.# 483

RESPONSES:

                                             on        Doc.#

                                             on        Doc.#

____ Stipulated     ____ Joint Pldg.

____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of April, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant and his attorney were provided PSR at time of sentencing.*

                                                                     *s/L.A. Collier*

                                                                       *LACEY A. COLLIER*
                                                *Senior United States District Judge*

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.